UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CR00170 SNL (TIA) |
| | ) |
| GARY CANNON, | ) |
| | ) |
| Defendant. | ) |

## ORDER SETTING BOND

This matter is before the Court on Defendant's motion for bond (Doc. #20), essentially requesting that the Court reconsider its prior order of pretrial detention. In light of changed circumstances, including the dismissal of pending state charges, the government has now withdrawn its opposition to releasing Defendant on bond.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for bond to be set (Doc. #20) is hereby **GRANTED**. Defendant shall be released on a $20,000 bond, secured by cash or equity in property. In addition to the standard conditions of release, Defendant shall be required to participate in a program of drug treatment and drug testing, as deemed appropriate by the Pretrial Services Office.

/s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of April, 2006.